# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IZAIAH ABRAMS,
individually, and on behalf of all
others similarly situated,

    Plaintiffs,

v.                                                                              CASE NO.: 8:24-cv-00949
                                                                                     COLLECTIVE ACTION

MANSARI L.L.C., d/b/a
COLLEGE HUNKS HAULING
JUNK & MOVING,

    Defendant,
_____/

## PLAINTIFFS' NOTICE OF RESOLUTION

COMES NOW IZAIAH ABRAMS, individually, and on behalf of all others similarly situated, by and through undersigned counsel and pursuant to Local Rule 3.09(a), Local Rules for the Middle District of Florida, hereby notifies the Court that the parties have resolved this litigation. Counsel for the parties expect to finalize the paperwork supporting the resolution within the next thirty (30) to forty-five (45) days. Dated this 1st day of December, 2025.

                                                    */s/ Gary L. Printy Jr., Esq*
                                                    **Gary L. Printy, Jr**
                                                    Florida Bar No. 41956
                                                    **THE PRINTY LAW FIRM**
                                                    5407 N Florida Ave
                                                    Tampa, FL 33604
                                                    Telephone (813) 434-0649
                                                    Fax (813) 423-6543

garyjr@printylawfirm.com
e-service@printylawfirm.com
*Attorney for Plaintiffs*